UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:06-00120

ALEXANDER MARTEL BROWN

SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On August 19, 2014, the United States of America appeared by C. Haley Bunn, Assistant United States Attorney, and the defendant, Alexander Martel Brown, appeared in person and by his counsel, Barron M. Helgoe, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Greg Swisher.  The defendant commenced an 18-month less one day term of supervised release in this action on May 8, 2013, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on August 3, 2012.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  the defendant committed the state felony offense of fraud and related activity in connection with an access device for which he has been adjudged guilty in the Circuit Court of Kanawha County as evidenced by his guilty plea on May 5, 2014; as admitted by the defendant on the record of the hearing and as set forth in the amendment to the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to

the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHTEEN (18) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>: Upon the defendant's Motion for Placement Recommendation, filed by his counsel on August 19, 2014, the court recommends that the defendant be designated to FCI Ashland, and that he not be designated to either FCI Beckley or FCI Gilmer.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: September 11, 2014

John T. Copenhaver, Jr.
United States District Judge